178 So. 452

**BANKERS FIRE & MARINE INS. CO. v. Arabelle. S. BYRNE.**

**3 Div. 231.**

Supreme Court of Alabama.

Jan. 20, 1938.

McMillan & Caffey, of Brewton, for appellee.

BROWN, Justice.

The questions presented by the appeal in this case are the same as in Atlas Assurance Company, Limited, of London, England, v. Byrne, Ala.Sup., 178 So. 451,[1] this day decided, and on the authority of the opinion in that case the decree is reversed and the case is remanded.

Reversed and remanded.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

---

[1] Ante, p. 281.